IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:10CR17 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CHRISTIAN RODRIGUEZ-BANDERAS,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Christian Rodriguez-Banderas (Rodriguez-Banderas) (Filing No. 15). Rodriguez-Banderas seeks an extension of thirty days in which to file pretrial motions in accordance with the progression order (Filing No. 10). Rodriguez-Banderas's counsel represents that government's counsel has no objection to the motion. Rodriguez-Banderas's has submitted an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted as to all defendants.

**IT IS ORDERED:**

Defendant Rodriguez-Banderas's motion for an extension of time (Filing No. 15) is granted. Rodriguez-Banderas is given until **on or before April 9, 2010**, in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 4, 2010 and April 9, 2010**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The

failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 4th day of March, 2010.

                                                          BY THE COURT:

                                                          s/Thomas D. Thalken
                                                        United States Magistrate Judge